

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00340-CV

_____

DEBORAH MCCALL, APPELLANT

V.

DISCOVER BANK, APPELLEE

On Appeal from the County Court at Law No. 2
Hays County, Texas
Trial Court No. 23-0075-C, Honorable Jimmy Alan Hall, Presiding

February 7, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Deborah McCall, appeals from the trial court's *Summary Judgment*.[1] Now pending before this Court is McCall's unopposed motion seeking to voluntarily dismiss the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Court has been delivered to date, we grant McCall's motion and dismiss the appeal. The appeal is dismissed. As requested by the motion, costs shall be taxed against McCall. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam